UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Latasha Walker,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>Embassy Healthcare Management, Inc.<br><br>　　　　　　　Defendant | No. 23-CV-02126 |

## STIPULATION OF DISMISSAL

Now comes Latasha Walker and Embassy Healthcare Management, Inc., by and through their respective undersigned counsel, and hereby stipulate as follows:

1. This case is dismissed with prejudice as to named Plaintiff, Latasha Walker, and without prejudice as to any putative class members/opt-in plaintiff(s).

2. Each party shall bear their own attorneys' fees and costs.

**STIPULATED TO BY:**

| | |
|---|---|
| /s/ *Michael L. Fradin*<br>Michael L. Fradin (OH#0091739)<br>Fradin Law<br>8 N. Court St. Suite 403<br>Athens, Ohio 45701<br>T: (847) 986-5889<br>E: mike@fradinlaw.com | /s/ *Scott E. Salsbury*<br>Scott E. Salsbury (OH#0039287)<br>SALSBURY & SALSBURY<br>5611 Hudson Drive, Suite 400<br>Hudson, Ohio 44236<br>T: (330) 655-5760<br>E: ssalsbury@salsburylaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that, on November 21, 2024, he caused a copy of the foregoing to be filed electronically with the Clerk of the Court using the Court's CM/ECF system, and notification of such filing was sent to all Filing Users.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Michael L. Fradin